UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEONEL ROBINSON                                    CIVIL ACTION

VERSUS                                             NO: 02-1199

ORIENT MARINE CO., LTD., *ET AL.*                  SECTION: "S" (2)

ORDER AND REASONS

**IT IS ORDERED** that the motion to reconsider filed by Pan Ocean Shipping Co., Ltd. and the United Kingdom Mutual Steam Ship Assurance Association (Bermuda) Limited (Document 74) is hereby **DENIED.** Defendants seek reconsideration of the court's Order and Reasons of March 3, 2006, which denied their motion for summary judgment. Because defendants' motion to reconsider was filed within ten days of the entry of the court's ruling, it "is considered a Rule 59(e) motion." *Shepherd v. International Paper Co.*, 372 F.3d 326, 328 n. 1 (5th Cir. 2004). The Fifth Circuit has held that:

> A Rule 59(e) motion "calls into question the correctness of a judgment." This Court has held that such a motion is not the proper vehicle for rehashing evidence, legal theories, or arguments the could have been offered or raised before the entry of judgment. Rather, Rule 59(e) "serve[s] the narrow purpose of allowing a party to correct manifest

1

errors of law or fact or to present newly discovered evidence."

*Templet v. Hydrochem, Inc*., 367 F.3d 473, 478-79 (5th Cir. 2004).  Defendants present no newly discovered evidence, nor have they demonstrated that the court's ruling was manifestly erroneous.  Accordingly, defendants' motion is denied.

New Orleans, Louisiana this  17th  day of May, 2006.

_____
Mary Ann Vial Lemmon
United States District Judge